**Order entered September 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00261-CV

## IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53861-2020**

## ORDER

Before the Court is appellant's September 22, 2022 motion for extension of time to file a corrected brief. The brief was tendered to the Court on April 5, 2022.

We **DENY** the motion. In so doing, we note that, on February 23, 2022, we ordered the appeal submitted on appellant's January 4, 2022 deficient brief, and when appellant tendered the amended brief on April 5, we informed him that the brief would not be filed unless an extension motion was filed within ten days.

/s/     KEN MOLBERG
JUSTICE